UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Case No. 17-cr-20512
Hon. Matthew F. Leitman

HECTOR I. MOLINA,
a/k/a HECTOR MOLINA,

      Defendant.

_____/

## ORDER DENYING DEFENDANT HECTOR MOLINA'S EMERGENCY MOTION TO AMEND DENTENTION ORDER (ECF #34)

On February 23, 2018, Defendant Hector Molina filed an emergency motion to amend detention order (the "Motion"). (*See* ECF #34.) **IT IS HEREBY ORDERED** that the Motion (ECF #34) is **DENIED.** Given the timing of the Motion (for which nobody is at fault given the reason for, and nature of, the Motion), the Court does not believe that the request can be reasonably accommodated by corrections officials.

                        s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated: February 23, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 23, 2018, by electronic means and/or ordinary mail.

                        s/Amanda Chubb for Holly A. Monda
                        Case Manager
                        (313) 234-2644